IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRITTANY KRYSTEEN ARNOLD | § | CASE NO. 19-42800 |
| 3009 CEDAR CREST DRIVE | § | |
| MCKINNEY, TX 75070 | § | |
| SSN / ITIN: XXX-XX-1084 | § | CHAPTER: 13 |
| | § | |
| DEBTOR | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACTION AGAINST DEBTOR AND CO-DEBTOR REGARDING PROPERTY LOCATED AT 1111 NICKEL ST., PRINCETON TX 75407 75068 WITH WAIVER OF 30-DAY REQUIREMENT FILED BY WELLS FARGO BANK, N.A.**

**NOTICE TO ALL PARTIES**

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**Wells Fargo Bank, N.A.** ("Movant") by and through the undersigned attorney, moves the Court as follows:

1.      This Motion is brought pursuant to 11 U.S.C. §§ 362(d)(1) and 1301 in accordance with Rule 4001 of the Bankruptcy Rules.

2. On or about October 10, 2019, Brittany Krysteen Arnold ("Debtor") filed a petition for an order of relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C.

3. At the time of filing the Chapter 13 petition, Movant held a Note executed on August 9, 2017 by Brittany K. Arnold ("Debtor") and Nathan D. Arnold ("Co-Debtor") in the original amount of $215,330.00. A true and correct copy of the Note is attached hereto as Exhibit "**A**".

4. The indebtedness is secured by a Deed of Trust dated August 9, 2017 and executed by Brittany K. Arnold and Nathan D. Arnold on real estate with all improvements known as:

> Lot 3, Block "R", THE TRAILS AT RIVERSTONE, PHASE 1, an addition to the City of Princeton, Collin County, Texas, according to the map or plat thereof, recorded under Clerk's Document No. 20170303010001140, Official Public Records of Collin County, Texas and in Cabinet 2017, Slides 182-183, of the Plat Records of Collin County, Texas.

*aka*: **1111 Nickel St, Princeton TX 75407 (the "Subject Property")**

A true and correct copy of the Deed of Trust is attached hereto as Exhibit "**B**".

5. Prior to the filing of the petition, Debtor and Co-Debtor were indebted to Movant according to the terms and conditions of the Note and Deed of Trust

6. Debtor and Co-Debtor have failed to maintain current, post-petition payments due under the note and under Debtor's Chapter 13 Plan. As such, Movant proceeds with this Motion, for cause, as the Debtors have failed to tender required post-petition payments as such payments become due.

7. As of February 26, 2020, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

8. As of February 26, 2020, the unpaid principal balance of the Debt Agreement is **$209,296.46.** An Affidavit in Support of the Motion for Relief from Automatic Stay is attached hereto as Exhibit "**D**".

9. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtors as of February 26, 2020:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 11/01/19 | 02/01/20 | $1,239.57 | $556.19 | $1,795.76 | $7,183.04 |
| Less post-petition partial payments (suspense balance): | | | | ($0.00) | | |

**Total: $7,183.04**

10. The value of the collateral pursuant to Scheduled D is $252,920.00.

11. Debtor and Co-Debtor have failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(a).

12. By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Deed of Trust.

13. Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

*(This space intentionally left blank)*

14.     The provision of Rule 4001(a)(3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays that this Court enter an Order, after notice and hearing, terminating the automatic stay as to Movant; alternatively, Movant be made whole by having all post-petition payments brought current.  Movant further prays that the Court waive the provision of Rule 4001(a)(3) and that Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay; that Movant be awarded its reasonable post-petition attorney fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

Respectfully submitted,

*/s/ Philip S. Traynor*
Philip S. Traynor
State Bar No. 24083985
Albertelli Law
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
Tel: (469) 804-8457
Fax: (469) 804-8462
bktx@albertellilaw.com
ptraynor@alaw.net

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing with exhibits was provided via ECF notification and/or first class U.S. Mail to the parties listed on the attached service list on March 2, 2020.

*Via first class mail:*

*Debtor*
**Brittany Krysteen Arnold**
3009 Cedar Crest Drive
McKinney, Tx 75070

*Co-Debtor*
**Nathan D. Arnold** (*to be served separately*)
3009 Cedar Crest Drive
McKinney, Tx 75070

*Via ECF notification:*

**Nicholas C. Inman**
Allmand Law Firm, PLLC
860 Airport Frwy, Ste. 401
Hurst, TX 76054

*Trustee*
**Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave. Suite 300
Tyler, TX 75702

                /s/ *Philip S, Traynor*
                Philip S. Traynor